```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| GOMES-BRAGA,<br><br>                                Plaintiff,<br><br>-against-<br><br>OMNIBUILD CONSTRUCTION INC ET AL.,<br><br>                                Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 1/26/2023<br><br>22-cv-08127 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On September 22, 2022, Plaintiff filed a Complaint commencing this action. ECF No. 1. On November 21, 2022, Defendant Omnibuild Construction Inc. ("Omnibuild") filed an answer and cross-claims against their three co-defendants. ECF No. 33. Defendants Host Hotels & Resorts Inc. and HMC Times Square Hotel L.P. have yet to appear or respond to the Complaint or Omnibuild's cross-claims. Defendant Vornado Realty Trust has also not responded to the Complaint or Omnibuild's cross-claims. On January 23, 2023, Plaintiff filed a notice pursuant to Rule 41(a)(1)(A)(i) indicating the above-captioned action is voluntarily dismissed without prejudice only against Defendant Vornado Realty Trust. ECF No. 35.

The parties are hereby **ORDERED** to submit a join status report on the current status of this proceeding as to the non-appearing defendants on or by **February 3, 2023**. Defendant Omnibuild Construction Inc. is directed to advise the Court on their position as to Plaintiff's notice of voluntary dismissal.

**SO ORDERED.**

**Dated:**     **January 26, 2023**
               **New York, New York**

                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**