UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIAGO GOMES-BRAGA,<br><br>               Plaintiff,<br><br>-against-<br><br>OMNIBUILD CONSTRUCTION INC., et al.,<br><br>               Defendants. | 22-CV-8127 (ALC) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

Defendant Omnibuild Construction Inc. (Omnibuild) filed a third-party complaint on June 1, 2023 (Dkt. 54), and served third-party defendant 5th Avenue Millwork, LLC on June 21, 2023, making third-party defendant's answer due on July 12, 2023. (Dkt. 58.) Third-party defendant has not appeared through counsel, and no answer has been filed, nor has third-party plaintiff (Omnibuild) requested a certificate of default.

It is hereby ORDERED that, if third-party defendant has not answered or otherwise responded to the third-party complaint before **August 1, 2023**, third-party plaintiff shall, on that date, either file a stipulation granting third-party defendant additional time to respond or apply for entry of default.

Dated: New York, New York
       July 18, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**